1  George V. Granade (State Bar No. 316050)
   ggranade@reesellp.com
2  **REESE LLP**
   8484 Wilshire Boulevard, Suite 515
3  Los Angeles, California 90211
   Telephone: (310) 393-0070
4
   Michael R. Reese (State Bar No. 206773)
5  mreese@reesellp.com
   **REESE LLP**
6  100 West 93rd Street, 16th Floor
   New York, New York 10025
7  Telephone: (212) 643-0500

8  *Counsel for Plaintiffs Zulaika Mayfield and*
   *Brigette Hood and the Proposed Class*
9
   Robert J. Herrington (State Bar No. 234417)
10 Robert.Herrington@gtlaw.com
   **GREENBERG TRAURIG, LLP**
11 1840 Century Park East, Suite 1900
   Los Angeles, California 90067-2121
12 Telephone: (310) 586-7700

13 Gregory A. Nylen (State Bar No. 151129)
   nyleng@gtlaw.com
14 **GREENBERG TRAURIG, LLP**
   18565 Jamboree Road, Suite 500
15 Irvine, California 92612
   Telephone: (949) 732-6500
16
   *Counsel for Defendant Reynolds Consumer Products LLC*
17

18              **UNITED STATES DISTRICT COURT**

19            **NORTHERN DISTRICT OF CALIFORNIA**

20                     **OAKLAND DIVISION**

21

22 ZULAIKA MAYFIELD *and* BRIGETTE          Case No. 4:23-cv-04587-JST
   HOOD, *individually and on behalf of all*
23 *others similarly situated*,              **STIPULATION OF VOLUNTARY**
                                             **DISMISSAL WITHOUT PREJUDICE**
24                   Plaintiffs,             **PURSUANT TO FEDERAL RULE OF**
                                             **CIVIL PROCEDURE 41(a)(1)(A)(ii)**
25        v.

26 REYNOLDS CONSUMER PRODUCTS
   LLC,
27
                     Defendant.
28

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Zulaika Mayfield

2    and Brigette Hood (together, "Plaintiffs") and Defendant Reynolds Consumer Products LLC, by

3    and through counsel, hereby stipulate to the voluntary dismissal of Plaintiffs' claims in the above-

4    captioned matter without prejudice.

5

6    Respectfully submitted,

7    Date: April 24, 2025                              **REESE LLP**

8                                          By:  _/s/ George V. Granade_
                                               George V. Granade (State Bar No. 316050)
9                                              *ggranade@reesellp.com*
                                               8484 Wilshire Boulevard, Suite 515
10                                             Los Angeles, California 90211
                                               Telephone: (310) 393-0070
11
                                               **REESE LLP**
12                                             Michael R. Reese (State Bar No. 206773)
                                               *mreese@reesellp.com*
13                                             100 West 93rd Street, 16th Floor
                                               New York, New York 10025
14                                             Telephone: (212) 643-0500

15                                             *Counsel for Plaintiffs Zulaika Mayfield and*
                                               *Brigette Hood and the Proposed Class*
16

17   Date: April 24, 2025                              **GREENBERG TRAURIG, LLP**

18                                         By:  _/s/ Robert J. Herrington_
                                               Robert J. Herrington (State Bar No. 234417)
19                                             *Robert.Herrington@gtlaw.com*
                                               1840 Century Park East, Suite 1900
20                                             Los Angeles, California 90067-2121
                                               Telephone: (310) 586-7700
21
                                               **GREENBERG TRAURIG, LLP**
22                                             Gregory A. Nylen (State Bar No. 151129)
                                               *nyleng@gtlaw.com*
23                                             18565 Jamboree Road, Suite 500
                                               Irvine, California 92612
24                                             Telephone: (949) 732-6500

25                                             *Counsel for Defendant Reynolds Consumer*
                                               *Products LLC*
26

27

28

---

1

## <u>SIGNATURE ATTESTATION</u>

2

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed above, and on

3

whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

4

By:  */s/ George V. Granade*

5

George V. Granade

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28